UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22834-CIV-RNS

HECTOR M. TRUJILLO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
          Plaintiff, )
vs. )
)
)
K N M CONSTRUCTIONS CORP., )
HECTOR GRANADOS, )
)
          Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

    Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (11/1/16-7/1/17):**
Weeks: 34 (rounded down)
Overtime hours: 18
Amount of half-time overtime per hour not compensated: $9.00 (based on $18/hr.)
Total overtime wages unpaid and liquidated damages: $5,508 X 2 = $11,016.00, *exclusive of* **attorneys' fees and costs**


*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek additional time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discover y justify same.


          Respectfully submitted,

          J. H. ZIDELL, P.A.
          ATTORNEYS FOR PLAINTIFF
          300-71ST STREET, SUITE 605
          MIAMI BEACH, FLORIDA 33141
          305-865-6766
          305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/2/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**