UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22834-cv-RNS

HECTOR M. TRUJILLO,

    Plaintiff,
vs.

KNM CONSTRUCTIONS CORP.,
a Florida corporation, and
HECTOR GRANADOS,

    Defendants.

_____

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**
_____

Defendants, KNM Construction Corp. ("KNM") and Hector Granados ("Granados"), (collectively the "Defendant(s)") hereby respond to Plaintiffs' Statement of Claim (E.C.F. 8), and state the following:

1. Defendants deny that Plaintiffs are entitled to any of the alleged damages they seek under the Fair Labor Standards Act, 29 U.S.C. 201, et seq. (FLSA").

2. Defendants deny that Plaintiffs worked an average of 18 overtime hours per week for 34 weeks. To the extent Plaintiff worked any hours beyond 40 in one week, Defendants compensated Plaintiffs for all such hours worked at a rate equal to and not less than one and one half times their hourly rate. Plaintiff's are not entitled to payment for unpaid overtime wages.

3. Defendants deny Plaintiff is entitled to liquidated damages, to the extent the FLSA applies. Any of Defendants' acts or omissions were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

4. Plaintiff worked for Defendant, KNM as an independent contractor and was paid for all hours worked as such. As contract labor, Plaintiff is exempt from the overtime provisions of the FLSA.

5. Plaintiff is not entitled to compensation for overtime hours to the extent the FLSA applies to this case because the Defendant did not authorize or approve overtime work by Plaintiff.

6. Plaintiffs' alleged damages are misstated and unsupported. Upon information and belief, Plaintiffs' assertion that they worked 18 hours of overtime for 34 weeks is incorrect. The Court should reject Plaintiffs' calculation of their damages.

7. The wage and overtime provision of the FLSA are inapplicable to Defendants because they are not engaged in a business affecting interstate commerce. Specifically, KNM is a construction contractor conducting business locally.

ROIG LAWYERS

44 W. Flagler Street, Suite 2100
Miami, FL 33130
Tel: (305) 405-0997
Pleadings@RoigLawyers.com

BY:   /s/JAMES P. GUEITS
        NELSON C. BELLIDO
        Florida Bar No. 974048
        JAMES P. GUEITS
        Florida Bar No. 935271

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail this 5th day of September 2017, to J.H. Zidell, Esq., J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, Florida 33141 via the Court's e-service system pursuant to Rule 2.516(b)(1) of the Florida Rules of Judicial Administration.

BY: /s/JAMES P. GUEITS
NELSON C. BELLIDO
Florida Bar No. 974048
JAMES P. GUEITS
Florida Bar No. 935271